**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000052
21-JUL-2021
10:53 AM
Dkt. 39 OAWST**

NO. CAAP-21-0000052

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TAYA ELIZABETH RIBAS-CESAR,
Plaintiff-Appellee/Cross-Appellee v.
SCOTT DAHLQUIST, Defendant/Third-Party Plaintiff-Appellant/
Cross-Appellee, ROE CORPORATIONS 1-15, JOHN DOES 1-15,
JANE DOES 1-5, ROE NON-PROFIT CORPORATIONS 1-5 and
ROE GOVERNMENTAL AGENCIES 1-5, Defendants,
ALICIA ANN NOBLE, Third Party Defendant-Appellee/Cross-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC111000409(3))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice of Appeal, filed July 14, 2021, by Defendant/ Third-Party Plaintiff-Appellant/Cross-Appellee Scott Dahlquist, the papers in support, and the record, it appears that (1) the appeal and cross-appeal have not been docketed; (2) the parties stipulate to dismiss the appeal and cross-appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is signed by counsel for all parties appearing in the appeal and cross-appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal and cross-appeal are dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, July 21, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Katherine G. Leonard
Associate Judge